## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| STEWART HATCH, | Civil No. 09-2714 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., | |
| Defendants, | |

Michael Gaarder, **PENNINGTON & LIES, PA,** Post Office Box 1756, St Cloud, MN, 56302; John Neal, **WILLENBRING, DAHL, WOCKEN & ZIMMERMANN, PLLC**, Post Office Box 417, Cold Spring, MN 56320 for plaintiff.

Jacqueline Kalk, Joseph Weiner, Sarah Gorajski, and Stephanie Sarantopoulos, **LITTLER MENDELSON, PC,** Eighty South Eight Street, Suite 1300, Minneapolis, MN 55402, for defendants.

This matter is before the Court on plaintiff's request for leave to exceed the 12,000 word count limitation in support of their motion for Partial Summary Judgment [Docket No. 66].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** plaintiff's request is **GRANTED.** The briefing limit for the plaintiff's reply brief shall not exceed 12,500 words total.

DATED: October 8, 2010
at Minneapolis, Minnesota.
                                                   _____ s/ John R. Tunheim_____
                                                   JOHN R. TUNHEIM
                                                United States District Judge